In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00363-CR**
_____

**NICHOLAS IAN QUINN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-02-02198**

**MEMORANDUM OPINION**

On October 6, 2025, the trial court clerk forwarded to this Court a notice of appeal dated September 25, 2025, from Trial Court Case Number 25-02-02198, and informed this Court that Nicholas Ian Quinn was convicted on July 15, 2025, pursuant to a plea bargain agreement and that he had no right of appeal. On October 6, 2025, we notified the parties that the appeal would be dismissed on any date after October 21, 2025, unless it can be shown that this court has jurisdiction over this case.

1

According to information provided by the trial court clerk, on September 24, 2025, Nicholas Ian Quinn filed a Petition for Appeal of Administrative License Revocation. The notice does not invoke the appellate jurisdiction of the Court of Appeals. *See* Tex. R. App. P. 25.2(b)-(c). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 6, 2026
Opinion Delivered January 7, 2026
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.